IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| DAVID KOTTKAMP, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 180284N |
| | ) | |
| v. | ) | |
| | ) | |
| DESCHUTES COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL[1]** |

This matter comes before the court on the status report filed by Defendant on September 19, 2018, requesting that this appeal be dismissed. Although that document was captioned "Joint Status Report" and included a signature block for Plaintiff, it was not signed by Plaintiff.

This appeal concerns $804.76 in interest owed on Plaintiff's real property tax account. Attached to the status report was an email from Plaintiff to Defendant indicating that Plaintiff had submitted payment for the interest due and "waved the white flag." (Status Report, Ex 1.) The court understands those statements to mean that Plaintiff no longer wishes to pursue this appeal. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered October 8, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal be dismissed.

Dated this ___ day of October 2018.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Allison R. Boomer and entered on October 24, 2018.*